**Complaint Synopsis**

| | |
|---|---|
| **Name:** | Stephen Tracy |
| **Address:** (City & State Only) | Sebago, Maine |
| **Year of Birth and Age:** | 1979 / 41 years old |
| **Violations:** | Count One: Possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Count One: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count One: Not less than three years and not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Mark J. Peltier, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Flynn |
| **Detention Status:** | In state custody; warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| **AUSA:** | Lindsay Feinberg |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |